**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas L. Amiot, et ux., <br><br>        Plaintiffs, <br>  vs. <br><br>Twin City Fire, et al., <br><br>        Defendants. | No. CV-06-1831-PHX-PGR <br><br> ORDER |

      The defendant having filed a [Revised] Notice of Settlement (doc. #82),

      IT IS ORDERED that the plaintiffs' Motion to Compel Production of Documents (doc. #60) is denied as moot.

      IT IS FURTHER ORDERED that Defendant's Motion for Summary Judgment on the Issue of Punitive Damages (doc. #67) and Defendant's Motion to Strike Plaintiffs' Supplemental Exhibits in Opposition to Defendant's Motion for Summary Judgment on Punitive Damages (doc. #77) are both denied as moot.

      IT IS FURTHER ORDERED that a status conference is set for **Monday, January 14, 2008, at 1:30 p.m.** in Courtroom 601, to be automatically vacated by

/ / /

/ / /

1  the filing prior thereto of the parties' stipulation for dismissal.

2  DATED this 3rd day of December, 2007.

Paul G. Rosenblatt
United States District Judge